ADRMOP,CLOSED,TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:26−cv−05733−JSC

Freund v. Groupon, Inc.
Assigned to: Judge Jacqueline Scott Corley
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 06/12/2026
Date Terminated: 10/14/2026
Jury Demand: Plaintiff
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**

**Robert Freund**

represented by **Alex N. Jilizian**
Paronich Law, P.C.
350 Lincoln St.
Ste 2400
Hingham, MA 02043
508−221−1510
Email: alex@paronichlaw.com
*ATTORNEY TO BE NOTICED*

**Kevin Jason Cole**
KJC Law Group, A Professional Corporation
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, CA 90212
(310) 861−7797
Email: kevin@kjclawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Groupon, Inc.**

represented by **Becca J. Wahlquist**
Kelley Drye & Warren LLP
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
(213) 547−4916
Fax: (213) 547−4901
Email: bwahlquist@kelleydrye.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2026 | Ï 1 | COMPLAINT against Groupon, Inc. ( Filing fee $ 405, receipt number ACANDC−22097307.). Filed by Robert Freund. (Cole, Kevin) (Filed on 6/12/2026) (Entered: 06/12/2026) |
| 06/12/2026 | Ï 2 | Proposed Summons. (Cole, Kevin) (Filed on 6/12/2026) (Entered: 06/12/2026) |
| 06/15/2026 | Ï 3 | Case assigned to Magistrate Judge Robert M. Illman. |

| | | |
|---|---|---|
| | | Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 6/29/2026. (mxg, COURT STAFF) (Filed on 6/15/2026) (Entered: 06/15/2026) |
| 06/15/2026 | Ï 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 9/8/2026. Initial Case Management Conference set for 9/15/2026 02:00 PM in McKinleyville. (pjf, COURT STAFF) (Filed on 6/15/2026) (Entered: 06/15/2026)** |
| 06/15/2026 | Ï 5 | Summons Issued as to Groupon, Inc.. (pjf, COURT STAFF) (Filed on 6/15/2026) (Entered: 06/15/2026) |
| 06/16/2026 | Ï 6 | NOTICE of Appearance filed by Alex N. Jilizian on behalf of Robert Freund (Jilizian, Alex) (Filed on 6/16/2026) (Entered: 06/16/2026) |
| 06/26/2026 | Ï 7 | SUMMONS Returned Executed by Robert Freund. Groupon, Inc. served on 6/25/2026, answer due 7/16/2026. (Cole, Kevin) (Filed on 6/26/2026) (Entered: 06/26/2026) |
| 06/29/2026 | Ï 8 | CLERK'S NOTICE Re: Consent or Declination: Plaintiff shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (glm, COURT STAFF) (Filed on 6/29/2026) (Entered: 06/29/2026) |
| 06/29/2026 | Ï 9 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Robert Freund.. (Cole, Kevin) (Filed on 6/29/2026) (Entered: 06/29/2026) |
| 07/14/2026 | Ï 10 | NOTICE of Appearance filed by Becca J. Wahlquist on behalf of Groupon, Inc. (Wahlquist, Becca) (Filed on 7/14/2026) (Entered: 07/14/2026) |
| 07/14/2026 | Ï 11 | STIPULATION *to Extend Time to Respond to Complaint* filed by Groupon, Inc.. (Wahlquist, Becca) (Filed on 7/14/2026) (Entered: 07/14/2026) |
| 07/28/2026 | Ï 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Groupon, Inc... (Wahlquist, Becca) (Filed on 7/28/2026) (Entered: 07/28/2026) |
| 07/29/2026 | Ï 13 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (glm, COURT STAFF) (Filed on 7/29/2026) (Entered: 07/29/2026) |
| 07/29/2026 | Ï 14 | **ORDER REASSIGNING CASE** |

| | | |
|---|---|---|
| | | IT IS ORDERED that this case is reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to Judge Jacqueline Scott Corley. Magistrate Judge Robert M. Illman no longer assigned to the case.<br><br>Counsel are instructed that all future filings shall bear the updated judicial initials immediately after the case number. Counsel are reminded to verify the location of the judge on the court website. All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.<br><br>Mark B. Busby<br>Clerk, United States District Court<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*<br><br>(as, COURT STAFF) (Filed on 7/29/2026) (Entered: 07/29/2026) |
| 07/29/2026 | Ï 15 | **CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE.** Initial Case Management Conference reset for 9/16/2026 at 2:00 p.m. before Judge Jacqueline Scott Corley by a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/jsc<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. **A list of names must be sent to the CRD at jsccrd@cand.uscourts.gov no later than noon on 9/15/2026.**<br><br>**Civ LR 77−3(d).** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://cand.uscourts.gov/zoom.<br><br>(ahm, COURT STAFF) (Filed on 7/29/2026) (Entered: 07/29/2026) |
| 08/06/2026 | Ï 16 | STIPULATION re 1 Complaint *for Extension of Time to Respond to the Complaint* filed by Groupon, Inc.. (Wahlquist, Becca) (Filed on 8/6/2026) (Entered: 08/06/2026) |
| 08/25/2026 | Ï 17 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Wahlquist, Becca) (Filed on 8/25/2026) (Entered: 08/25/2026) |
| 08/31/2026 | Ï 18 | MOTION to Transfer Case *,or, in the Alternative, to Compel Arbitration* filed by Groupon, Inc.. Motion Hearing set for 10/15/2026 10:00 AM in San Francisco, Courtroom 08, 19th Floor before Judge Jacqueline Scott Corley. Responses due by 9/14/2026. Replies due by 9/21/2026. (Attachments: # 1 Declaration of Nate Conner, # 2 Exhibit A − Terms of Use dated July 9, 2011, # 3 Exhibit B − Terms of Use dated February 19, 2015, # 4 Exhibit C − Terms of Use dated February 12, 2026, # 5 Exhibit D − Terms of Use dated April 17, 2026, # 6 Declaration of Andrew Sega, # 7 Declaration of Becca Wahlquist, # 8 Exhibit E − Anthony Paronichs ND Ill. Case List, # 9 Exhibit F − Tompkins Complaint, # 10 Exhibit G − Benotman Complaint, # 11 Exhibit H − Kolici Complaint, # 12 Exhibit I − ND Cal. Judicial Caseload Profile, # 13 Exhibit J − ND Ill. Judicial Caseload Profile, # 14 Proposed Order)(Wahlquist, Becca) (Filed on 8/31/2026) (Entered: 08/31/2026) |

| | | |
|---|---|---|
| 08/31/2026 | 19 | Certificate of Interested Entities by Groupon, Inc. (Wahlquist, Becca) (Filed on 8/31/2026) (Entered: 08/31/2026) |
| 09/03/2026 | 20 | STIPULATION WITH PROPOSED ORDER *TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINE* filed by Robert Freund. (Attachments: # 1 Proposed Order Granting Joint Stipulation)(Jilizian, Alex) (Filed on 9/3/2026) (Entered: 09/03/2026) |
| 09/03/2026 | 21 | STIPULATION WITH PROPOSED ORDER *CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINE [CORRECTED STIPULATION − INITIAL FILING MISSING DEFENDANT SIGNATURE]* filed by Robert Freund. (Attachments: # 1 Proposed Order Granting Joint Stipulation)(Jilizian, Alex) (Filed on 9/3/2026) (Entered: 09/03/2026) |
| 09/03/2026 | 22 | **CLERK'S NOTICE VACATING CASE MANAGEMENT CONFERENCE.** In light of the pending Motion to Transfer (Dkt. No. 18 ), the initial case management conference scheduled for September 16, 2026 is vacated.<br><br>(This is a text−only entry generated by the court. There is no document associated with this entry.)<br><br>(ahm, COURT STAFF) (Filed on 9/3/2026) (Entered: 09/03/2026) |
| 09/14/2026 | 23 | OPPOSITION/RESPONSE (re 18 MOTION to Transfer Case *,or, in the Alternative, to Compel Arbitration* ) filed byRobert Freund. (Attachments: # 1 Declaration of Robert Freund)(Cole, Kevin) (Filed on 9/14/2026) (Entered: 09/14/2026) |
| 09/21/2026 | 24 | REPLY (re 18 MOTION to Transfer Case *,or, in the Alternative, to Compel Arbitration* ) *in Support* filed byGroupon, Inc.. (Wahlquist, Becca) (Filed on 9/21/2026) (Entered: 09/21/2026) |
| 10/09/2026 | 25 | **CLERK'S NOTICE VACATING MOTION HEARING.** The hearing on Defendant's Motion to Transfer Case,or, in the Alternative, to Compel Arbitration (Dkt. No. 18 ) scheduled for October 15, 2026 before Judge Jacqueline Scott Corley is hereby submitted without hearing and without appearance by counsel pursuant to Civil Local Rule 7−1(b).<br><br>(This is a text−only entry generated by the court. There is no document associated with this entry.)<br><br>(ahm, COURT STAFF) (Filed on 10/9/2026) (Entered: 10/09/2026) |
| 10/14/2026 | 26 | **ORDEER RE: MOTION TO TRANSFER VENUE OR COMPEL ARBITRATION. Signed by Judge Jacqueline Scott Corley on 10/14/2026. (ahm, COURT STAFF) (Filed on 10/14/2026) (Entered: 10/14/2026)** |