**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| ROBERT FREUND, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GROUPON, INC.,<br><br>Defendant. | **Case No. 1:26-cv-12735**<br><br>Hon. Charles P. Kocoras |

**PLAINTIFF'S MOTION TO CONTINUE THE INITIAL JOINT STATUS REPORT AND ANY INITIAL STATUS HEARING PENDING RESOLUTION OF PLAINTIFF'S 28 U.S.C. § 1292(b) MOTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff Robert Freund ("Plaintiff") respectfully moves this Court to continue the deadline for the initial joint status report, currently due November 2, 2026 (Dkt. 28), and any initial status hearing the Court may set, until fourteen (14) days after the United States District Court for the Northern District of California (the "Transferor Court") rules on Plaintiff's pending motion under 28 U.S.C. § 1292(b) for a certificate of appealability of the order that transferred this action to this Court. Good cause supports a short continuance because the outcome of that motion may affect where, and on what schedule, this case proceeds, and because a continuance will not prejudice any party.

**BACKGROUND**

Plaintiff filed this putative class action against Defendant Groupon, Inc. ("Defendant") on June 12, 2026, in the Transferor Court. See *Freund v. Groupon, Inc.*, No. 3:26-cv-05733-JSC (N.D. Cal.) (the "N.D. Cal. Action"), Dkt. 1 ("N.D. Cal. Dkt.").

On August 31, 2026, Defendant moved in the Transferor Court to transfer the case to this District or, in the alternative, to compel arbitration. N.D. Cal. Dkt. 18. Plaintiff opposed the motion (N.D. Cal. Dkt. 23), and Defendant replied (N.D. Cal. Dkt. 24). The Transferor Court submitted the motion without a hearing. N.D. Cal. Dkt. 25.

On October 14, 2026, the Transferor Court issued its order on Defendant's motion (N.D. Cal. Dkt. 26), and on October 16, 2026, the action was transferred to this Court (Dkt. 27). On October 19, 2026, this Court entered a minute order directing the parties to file an initial joint status report by November 2, 2026. Dkt. 28.

On October 21, 2026, Plaintiff filed in the Transferor Court a Motion for Certificate of Appealability, seeking certification of the transfer order for interlocutory appeal under 28 U.S.C. § 1292(b). N.D. Cal. Dkt. 27.

**ARGUMENT**

Good cause exists to continue the initial joint status report and any initial status hearing until after the Transferor Court rules on Plaintiff's Motion for Certificate of Appealability.

*First*, the question that motion presents is the question of where this case will proceed. Plaintiff has asked the Transferor Court to certify its transfer order for interlocutory appeal under 28 U.S.C. § 1292(b). N.D. Cal. Dkt. 27. Until the Transferor Court rules, the parties and this Court cannot know whether the transfer order will be certified for interlocutory review. A joint status report is meant to prepare a case for scheduling, including the parties' positions on the claims and defenses, the course of discovery, case-management deadlines, and the prospects for resolution. Any proposal on those subjects submitted now would necessarily be provisional.

*Second*, a continuance will conserve the resources of the parties and the Court. Requiring the parties to confer and report on case-management matters now, and potentially requiring the

Court to act on them, risks duplicated effort if the forum question remains unsettled. A short continuance tied to a defined event, the Transferor Court's ruling, avoids that waste.

*Third*, no party will be prejudiced. The case is at its earliest stage in this Court, having been received on October 16, 2026. Dkt. 27. The Court's docket reflects no scheduling order or discovery deadlines, only the initial joint status report (Dkt. 28) and Defendant's Local Rule 3.2 notification regarding affiliates (Dkt. 29). Plaintiff does not seek to continue Defendant's Local Rule 3.2 notification deadline, and does not seek a stay of this action.

*Fourth*, the relief requested is narrow. Plaintiff asks that the joint status report be due fourteen (14) days after the Transferor Court rules on the Motion for Certificate of Appealability, and that Plaintiff be directed to notify this Court within three (3) court days of that ruling so that the Court is promptly informed.

## CONCLUSION

For these reasons, Plaintiff respectfully requests that the Court (1) continue the November 2, 2026 deadline for the initial joint status report, and any initial status hearing, until fourteen (14) days after the Transferor Court rules on Plaintiff's Motion for Certificate of Appealability (N.D. Cal. Dkt. 27); (2) direct Plaintiff to file a notice informing the Court of that ruling within three (3) court days of its entry; and (3) grant such further relief as the Court deems appropriate. A proposed order accompanies this motion.

Dated: October 28, 2026

Respectfully submitted,

**PARONICH LAW, P.C.**
By: /s/ Anthony I. Paronich
Anthony I. Paronich, Esq.

By: /s/ Alex N. Jilizian
Alex N. Jilizian
350 Lincoln Street, Suite 2400
Hingham, MA 02043
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**/s/ Alex N. Jilizian**
Alex N. Jilizian