**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| ROBERT FREUND, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GROUPON, INC.,<br><br>Defendant. | **Case No. 1:26-cv-12735**<br><br>Hon. Charles P. Kocoras |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE INITIAL JOINT STATUS REPORT AND ANY INITIAL STATUS HEARING**

The Court, having considered Plaintiff's Motion to Continue the Initial Joint Status Report and Any Initial Status Hearing Pending Resolution of Plaintiff's 28 U.S.C. § 1292(b) Motion in the Northern District of California, and good cause appearing, hereby orders as follows:

1. Plaintiff's Motion is granted.

2. The initial joint status report, currently due November 2, 2026, is continued. The parties shall file the initial joint status report within fourteen (14) days after the United States District Court for the Northern District of California rules on Plaintiff's Motion for Certificate of Appealability in *Freund v. Groupon, Inc.*, No. 3:26-cv-05733-JSC (N.D. Cal.), Dkt. 27.

3. Plaintiff shall file a notice informing the Court of the Northern District of California's ruling within three (3) court days of its entry.

4. Any initial status hearing is continued and will be reset following the filing of the initial joint status report.

IT IS SO ORDERED.

Dated: ____________________, 2026

______________________________

Hon. Charles P. Kocoras
United States District Judge