**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Robert Freund

Plaintiff,

v.

Groupon, Inc.

Defendant.

Case No.: 1:26−cv−12735
Honorable Charles P. Kocoras

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 29, 2026:

MINUTE entry before the Honorable Charles P. Kocoras:Plaintiff's motion to continue [31] is granted. An initial joint status report is no longer due by 11/2/2026. Plaintiff shall file a notice with the Court within three days of the Transferor Court's ruling on Plaintiff's Motion for Certificate of Appealability. Alternatively, Plaintiff shall file a status report by 12/28/2026 advising on the status of the motion. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.