# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Robert Freund v. Groupon, Inc.

Case Number: 1:26-cv-12735

An appearance is hereby filed by the undersigned as attorney for:

Groupon, Inc.

Attorney name (type or print): Becca Wahlquist

Firm: Kelley Drye & Warren LLP

Street address: 350 South Grand Avenue, Suite 3800

City/State/Zip: Los Angeles, California 90071

Bar ID Number: 215948 (CA)
(See item 3 in instructions)

Telephone Number: (213) 547-4916

Email Address: bwahlquist@kelleydrye.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 2, 2026

Attorney signature: S/ Becca Wahlquist
(Use electronic signature if the appearance form is filed electronically.)