**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ROBERT FREUND**, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**GROUPON, INC.**,<br><br>Defendant. | Civil Action No. 1:26-cv-12735<br><br>Hon. Charles P. Kocoras |

**DEFENDANT GROUPON, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Northern District of Illinois, Defendant Groupon, Inc. states that it is a nongovernmental, publicly traded company with no parent corporation. Continental General Insurance Co., BlackRock, Inc., Millennium Management LLC, Eric Lefkofsky, Pale Fire Capital SICAV a.s., Windward Management LP, and Dusan Senkypl each own 5% or more of Groupon, Inc.'s stock as of their most recent SEC filings.

Dated: November 2, 2026

By: /s/ *Lauri A. Mazzuchetti*

Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: (973) 503-5910
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com

Becca Wahlquist
KELLEY DRYE & WARREN LLP
350 South Grand Avenue, Suite 3800
Los Angeles, CA 90071

Telephone: (213) 547-4916
Facsimile: (213) 547-4901
bwahlquist@kelleydrye.com

Catherine E. James
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, IL 60606
Tel: (312) 857-7078
cjames@kelleydrye.com

*Counsel for Defendant Groupon, Inc.*