**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Robert Freund
Plaintiff,
v.
Groupon, Inc.
Defendant.

Case No.: 1:26−cv−12735
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff shall file a notice with the Court within three days of the Transferor Court's ruling on Plaintiff's Motion for Certificate of Appealability. Plaintiff shall file a status report by 1/7/2027 advising on the status of the motion if the Transferor Court has not ruled on the motion by that date. The 12/28/2026 report date previously set by the Court is stricken, no report necessary. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.